**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **AUSTIN HARDWARE & SUPPLY, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 1:24-cv-00004-RGE-SBJ** |
| | ) | |
| **FORZA, INC., et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Austin Hardware & Supply, Inc. and Defendants Forza, Inc.; Forza Holdings, Inc.; Forza IP, Inc.; Forza Management, Inc.; and Forza Operating, Inc. submit this Joint Stipulation of Dismissal with Prejudice of the above-styled matter, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). This action, in full and including all claims, is dismissed with prejudice, with each party to bear and pay their own costs and attorneys' fees, and neither party constituting a "prevailing party" under any applicable law.

Respectfully submitted,

788600\95046273.1

POLSINELLI PC

MCKEE, VORHEES & SEASE, P.L.C.

By: */s/ Eric E. Packel*
    DENISE K. DRAKE (IA # AT0008741)
    ERIC E. PACKEL
    *Admitted pro hac vice*
    ISAAC T. CAVERLY
    *Admitted pro hac vice*
    900 W. 48th Place, Suite 900
    Kansas City, MO 64112
    Telephone: (816) 753-1000
    Facsimile: (816) 753-1536
    ddrake@poilsinelli.com
    epackel@polsinelli.com
    icaverly@polsinelli.com

ATTORNEYS FOR PLAINTIFF AUSTIN
HARDWARE & SUPPLY, INC.

By: */s/ Joseph Johnson*
    JONATHAN L. KENNEDY (AT0011458)
    801 Grand Avenue, Suite 3200
    Des Moines, IA 50309
    515-288-3667
    jonathan.kennedy@ipmvs.com

AVEK IP
    Joseph Johnson
    *Admitted pro hac vice*
    7285 W. 132nd St, Suite 340
    Overland Park, KS 66213
    913-303-3847
    jjohnson@avekip.com

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the above and foregoing pleading was served (  X  ) electronically via the Court's notification system; (_____) by United States Mail, postage prepaid; and/or (_____) by E-mail; this 20th day of June 2024, to:

    Joseph Johnson, Esq.
    Avek IP
    7285 W. 132nd St, Suite 340
    Overland Park, KS 66213
    913-303-3847
    jjohnson@avekip.com

    Jonathan L. Kennedy
    McKee, Vorhees & Sease, P.L.C.
    801 Grand Avenue, Suite 3200
    Des Moines, IA 50309
    515-288-3667
    jonathan.kennedy@ipmvs.com

    ATTORNEYS FOR DEFENDANTS

            */s/ Eric E. Packel*

788600\95046273.1